|  |  |
|---|---|
| The Honorable: | CAROL A. DOYLE |
| Chapter 7 | |
| Location: | Room 742 |
| Hearing Date: | 02/25/2010 |
| Hearing Time: | 10:30 |
| Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  VANDERWALL, LISA M.  § Case No. 04-06056
VANDERWALL, JOHN C.  §
AKA LISA M DEVITTO  §
Debtor(s)  §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 02/25/2010 in Courtroom 742, United States Courthouse Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/25/2010        By:    /s/KAREN R. GOODMAN
                                       Trustee

Karen R. Goodman
SHEFSKY & FROELICH LTD.
111 EAST WACKER DRIVE, SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

UST Form 101-7-NFR (9/1/2009)

| | |
|---|---|
| KAREN R. GOODMAN | The Honorable: CAROL A. DOYLE |
| SHEFSKY & FROELICH, LTD | Chapter 7 |
| 111East Wacker Drive | Location: Room 742 |
| SUITE 2800 | Hearing Date: 02/25/2010 |
| CHICAGO, IL 60601 | Hearing Time: 10:30 |
| (312) 527-4000 | Response Date: / / |
| Chapter 7 Trustee | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: VANDERWALL, LISA M. § Case No. 04-06056
      VANDERWALL, JOHN C. §
      AKA LISA M DEVITTO §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 9,631.52

*and approved disbursements of*     $ 16.01

*leaving a balance on hand of* [1]     $ 9,615.51

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
                   N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | KAREN R. GOODMAN | $ 1,713.11 | $ |
| *Attorney for trustee* | SHEFSKY & FROELICH, LTD | $ 3,000.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant*                               *Allowed Amt. of Claim   Proposed Payment*
                           N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 26,525.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Travel Related Services Co. Inc | $ 3,751.09 | $ 693.23 |
| 2 | American Express Centurion Bank | $ 3,076.00 | $ 568.46 |
| 3 | American Express Centurion Bank | $ 280.78 | $ 51.89 |
| 4 | Kohl's Department Store | $ 3,354.05 | $ 619.85 |
| 5 | Discover Bank | $ 8,040.00 | $ 1,485.83 |
| 6 | Capital Recovery One | $ 1,978.79 | $ 365.69 |
| 7 | Capital Recovery One | $ 1,962.00 | $ 362.59 |
| 8 | Monogram Credit Card Bank of Georgia | $ 1,948.13 | $ 360.02 |
| 9 | Citibank USA NA | $ 2,134.33 | $ 394.44 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/KAREN R. GOODMAN
                        Trustee

KAREN R. GOODMAN
111 East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 2                   Date Rcvd: Jan 26, 2010
Case: 04-06056                 Form ID: pdf006             Total Noticed: 31


The following entities were noticed by first class mail on Jan 28, 2010.
db/jdb        +Lisa M Vanderwall,   John C Vanderwall,   4529 W 151st Street,   Midlothian, Il 60445-3216
aty           +Karen R Goodman,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-3713
aty           +Shefsky & Froelich Ltd,   111 E Wacker,   Suite 2800,   Chicago, IL 60601-3713
aty           +Thomas W Toolis,   Jahnke & Toolis, LLC,   9031 West 151st Street,   Suite 203,
                Orland Park, IL 60462-6563
tr            +Karen R Goodman, ESQ,   Shefsky & Froelich Ltd,   111 East Wacker Drive,   Suite 2800,
                Chicago, IL 60601-3713
7778557        American Express,   P.O. Box 360002,   FL 33336-0002
7778556       +American Express Centurion Bank,   C/O Becket & Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
8095933        American Express Travel Related Services Co. Inc,   c/o Becket & Lee LLP,   POB 3001,
                Malvern, PA 19355-0701
7778558       +Antonio Chaviano,   P.O. Box 10423,   Chicago, IL 60610-0423
7778559       +Citi Card,   P.O. Box 6409,   The Lakes, NV 88901-6409
8199860       +Citibank USA NA,   DBA Home Depot,   POB 9025,   Des Moines, IA 50368-0001
7778560        Computer Credit, Inc, ClmDpt 080850,   640 West Fourth Street,   P.O. Box 5238,
                Winston Salem, NC 27113-5238
7778563        Disney Vacation Club,   200 Celebration Plaza,   Celebration, FL 34747
7778564        GMAC,   P.O. BOX 51014,   Carol Stream, IL 60125
7778566       +Home Depot,   P.O. Box 9100,   Des Moines, IA 50368-0001
7778567       +Household Finance,   P.O. Box 17574,   Baltimore, MD 21297-1574
8128571       +Monogram Credit Card Bank of Georgia DNA Disney,   c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
7778570       +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
7778571        Rush-Presbyterian-St.Luke’s Med Cnt,   Patient Financial Services,   P.O. Box 73952,
                Chicago, IL 60690-7952
7778572       +Tri-County Accounts Bureau,   P.O. Box  515,   Wheaton, IL 60187-0515
7778573        United Consumer Financial,   P.O. Box 856290,   Louisville, KY 40285-6290

The following entities were noticed by electronic transmission on Jan 26, 2010.
12442991      +E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2010 00:53:36      Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7778561        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2010 02:10:54      DISCOVER CARD,
                P.O. BOX 30395,   Salt Lake City, UT 84130-0395
8116705        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 27 2010 02:10:54      Discover Bank,   POB 8003,
                Hilliard, OH 43026
7778562       +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2010 00:53:35      Disney Credit Card,
                P.O. Box 105980, Dept 25,   Atlanta, GA 30353-5980
7778565        E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2010 00:53:35      Greentree,   8700 Landmark Towers,
                345 St. Peter Street,   Saint Paul, MN 55102
7778569       +E-mail/PDF: cr-bankruptcy@kohls.com Jan 27 2010 02:25:59      Kohl’s,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
8104891       +E-mail/PDF: cr-bankruptcy@kohls.com Jan 27 2010 02:25:59      Kohl’s Department Store,
                c/o Creditors Bankruptcy Service,   POB 740933,   Dallas, TX 75374-0933
8128570       +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2010 00:53:35
                Monogram Credit Card Bank of Georgia,   DBA Wal-Mart,   25 SE 2nd Avenue Suite 1120,
                Miami, FL 33131-1605
12442992       E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2010 00:53:36
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
7778574       +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2010 00:53:35      WAL-MART,   P.O. BOX 530927,
                Atlanta, GA 30353-0927
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7778568*     +Household Finance,   P.O. Box 17574,   Baltimore, MD 21297-1574
                                                                                              TOTALS: 0, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: csimmons            Page 2 of 2             Date Rcvd: Jan 26, 2010
Case: 04-06056                Form ID: pdf006           Total Noticed: 31

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2010**                    **Signature:**    *Joseph Speetjens*