UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: VANDERWALL, LISA M. | § Case No. 04-06056 |
| VANDERWALL, JOHN C. | § |
| AKA LISA M DEVITTO | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $10,721.42

Total Distribution to Claimants: $4,903.00    Claims Discharged
                                              Without Payment: $54,597.46

Total Expenses of Administration: $4,729.23

---

3) Total gross receipts of $ 9,632.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,632.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $162,746.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 4,729.23 | 4,729.23 | 4,729.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 47,040.95 | 26,525.17 | 26,525.17 | 4,903.00 |
| **TOTAL DISBURSEMENTS** | $209,786.95 | $31,254.40 | $31,254.40 | $9,632.23 |

4) This case was originally filed under Chapter 7 on February 18, 2004.
. The case was pending for 73 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/17/2010          By: /s/KAREN R. GOODMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| | 1129-000 | 318.24 |
| Adjustment added in error | 1129-000 | -159.12 |
| Adjustment entered in error | 1129-000 | -159.12 |
| INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS | 1129-000 | 636.48 |
| Payment of judgment by garnishment ($244.80 less | 1129-000 | 159.12 |
| Reversed Deposit 100026 1 Payment of judgment by | 1129-000 | -159.12 |
| TAX REFUNDS | 1129-000 | 3,000.00 |
| JUDGMENT AGAINST DEBTORS FOR NONEXEMPT ASSETS | 1129-000 | 5,927.85 |
| Interest Income | 1270-000 | 67.90 |
| **TOTAL GROSS RECEIPTS** | | **$9,632.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Disney Vacation Club | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| Greentree | 4110-000 | 11,746.00 | N/A | N/A | 0.00 |
| GMAC | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| Household Finance | 4110-000 | 130,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$162,746.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,713.22 | 1,713.22 | 1,713.22 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.59 | 1.59 | 1.59 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 2.26 | 2.26 | 2.26 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.09 | 3.09 | 3.09 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 3.23 | 3.23 | 3.23 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 5.84 | 5.84 | 5.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **N/A** | **4,729.23** | **4,729.23** | **4,729.23** |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Travel Related Services Co. Inc | 7100-000 | N/A | 3,751.09 | 3,751.09 | 693.36 |
| American Express Centurion Bank | 7100-000 | 3,173.00 | 3,076.00 | 3,076.00 | 568.58 |
| American Express Centurion Bank | 7100-000 | 416.66 | 280.78 | 280.78 | 51.90 |
| Kohl's Department Store | 7100-000 | 3,034.00 | 3,354.05 | 3,354.05 | 619.97 |
| Discover Bank | 7100-000 | 7,442.00 | 8,040.00 | 8,040.00 | 1,486.14 |
| Capital Recovery One | 7100-000 | N/A | 1,978.79 | 1,978.79 | 365.77 |
| Capital Recovery One | 7100-000 | N/A | 1,962.00 | 1,962.00 | 362.66 |
| Monogram Credit Card Bank of Georgia | 7100-000 | N/A | 1,948.13 | 1,948.13 | 360.10 |
| Citibank USA NA | 7100-000 | N/A | 2,134.33 | 2,134.33 | 394.52 |
| Antonio Chaviano | 7100-000 | 77.20 | N/A | N/A | 0.00 |
| Computer Credit, Inc, | 7100-000 | 1,057.00 | N/A | N/A | 0.00 |
| Citi Card | 7100-000 | 10,753.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| United Consumer Financial | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| WAL-MART | 7100-000 | 1,744.00 | N/A | N/A | 0.00 |
| Tri-County Accounts Bureau | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NCO Financial Systems | 7100-000 | 4,351.09 | N/A | N/A | 0.00 |
| Disney Credit Card | 7100-000 | 1,646.00 | N/A | N/A | 0.00 |
| Home Depot | 7100-000 | 1,880.00 | N/A | N/A | 0.00 |
| Household Finance | 7100-000 | 4,897.00 | N/A | N/A | 0.00 |
| GMAC | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| Household Finance | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 47,040.95 | 26,525.17 | 26,525.17 | 4,903.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-06056 | Trustee: | (520191) KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | VANDERWALL, LISA M. | Filed (f) or Converted (c): | 02/18/04 (f) |
|  | VANDERWALL, JOHN C. | §341(a) Meeting Date: | 03/24/04 |
| Period Ending: | 03/17/10 | Claims Bar Date: | 07/27/04 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | RESIDENCE AT 4529 W. 151ST, MIDLOTHIAN, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 2 | TIMESHARE-DISNEY VACATION DEVELOPMENT | 12,000.00 | 2,000.00 | | 0.00 | FA |
| 3 | TIMESHARE-LAKE HOLIDAY ENTERPRISES | 320.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTSCITIBANK | 100.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS-BANK ONE CHECKING | Unknown | 0.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 3,321.42 | 0.00 | | 0.00 | FA |
| 9 | TAX REFUNDS | 0.00 | 8,177.00 | | 3,000.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES2'C0 CHEVY VENTURE | 11,000.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES1997 FORD F-150 | 3,100.00 | 400.64 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES1'98 TRAVEL TRAILE | 6,500.00 | 426.36 | | 0.00 | FA |
| 13 | 1995 KAWASACKI STS 750, JET SKI | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 14 | ENGLISH POINTER DOG | 0.00 | 0.00 | | 0.00 | FA |
| 15 | JUDGMENT AGAINST DEBTORS FOR NONEXEMPT ASSETS<br>Value is gross amount due under Judgment; attorneys fees will reduce amount received by trustee. | 0.00 | 9,227.00 | | 5,927.85 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 67.90 | FA |
| 16 | Assets   Totals (Excluding unknown values) | $171,841.42 | $21,731.00 | | $8,995.75 | $0.00 |

**Major Activities Affecting Case Closing:**

Hearing on TFR (2/25/10); distribution; file TDR.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04-06056 | **Trustee:** (520191)   KAREN R. GOODMAN |
| **Case Name:** VANDERWALL, LISA M. | **Filed (f) or Converted (c):** 02/18/04 (f) |
| VANDERWALL, JOHN C. | **§341(a) Meeting Date:** 03/24/04 |
| **Period Ending:** 03/17/10 | **Claims Bar Date:** 07/27/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 31, 2005          Current Projected Date Of Final Report (TFR):   January 25, 2010 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | \*\*\*-\*\*\*\*\*64-65 - Money Market Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/02/04 | {9} | CITIBANK | FIRST INSTALLMENT IN SETTLEMENT | 1129-000 | 2,000.00 | | 2,000.00 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 0.25 | | 2,000.25 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.36 | | 2,000.61 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.41 | | 2,001.02 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 0.42 | | 2,001.44 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 0.50 | | 2,001.94 |
| 02/18/05 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/18/2005 FOR CASE #04-06056 | 2300-000 | | 1.59 | 2,000.35 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 0.48 | | 2,000.83 |
| 03/09/05 | {9} | JOHN & LISA VANDERWALL | 2ND INSTALLMENT OF SETTLEMENT | 1129-000 | 1,000.00 | | 3,000.83 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.80 | | 3,001.63 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.86 | | 3,002.49 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.89 | | 3,003.38 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.96 | | 3,004.34 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.04 | | 3,005.38 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.15 | | 3,006.53 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.18 | | 3,007.71 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.31 | | 3,009.02 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.36 | | 3,010.38 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 3,011.89 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.70 | | 3,013.59 |
| 02/10/06 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2006 FOR CASE #04-06056 | 2300-000 | | 2.26 | 3,011.33 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.62 | | 3,012.95 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.79 | | 3,014.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.91 | | 3,016.65 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.05 | | 3,018.70 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.99 | | 3,020.69 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.05 | | 3,022.74 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.05 | | 3,024.79 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.92 | | 3,026.71 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.12 | | 3,028.83 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.99 | | 3,030.82 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 1.92 | | 3,032.74 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.02 | | 3,034.76 |
| 02/06/07 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 3.09 | 3,031.67 |
| | | | Subtotals : | | $3,038.61 | $6.94 | |

{} Asset reference(s)

Printed: 03/17/2010 11:18 AM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 04-06056
**Case Name:** VANDERWALL, LISA M.
VANDERWALL, JOHN C.
**Taxpayer ID #:** 13-7427413
**Period Ending:** 03/17/10

**Trustee:** KAREN R. GOODMAN (520191)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****64-65 - Money Market Account
**Blanket Bond:** $61,494,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/06/2007 FOR CASE #04-06056 | | | | |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 3,033.18 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.61 | | 3,034.79 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,036.46 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,038.13 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.56 | | 3,039.69 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.73 | | 3,041.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.67 | | 3,043.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.51 | | 3,044.60 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.78 | | 3,046.38 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.58 | | 3,047.96 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.55 | | 3,049.51 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.39 | | 3,050.90 |
| 02/05/08 | 1004 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/05/2008 FOR CASE #04-06056, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | 2300-000 | | 3.23 | 3,047.67 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.62 | | 3,048.29 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.56 | | 3,048.85 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.42 | | 3,049.27 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.38 | | 3,049.65 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.38 | | 3,050.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.38 | | 3,050.41 |
| 08/05/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1229-000 | 378.21 | | 3,428.62 |
| 08/12/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 3,587.74 |
| 08/27/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 3,746.86 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,747.26 |
| 09/09/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 3,906.38 |
| 09/11/08 | {15} | David J. Axelrod & | INSTALLMENT PAYMENT OF JUDGMENT | 1129-000 | 159.12 | | 4,065.50 |

Subtotals: $1,037.06    $3.23

{} Asset reference(s)

Printed: 03/17/2010 11:18 AM    V.11.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | \*\*\*-\*\*\*\*\*64-65 - Money Market Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Associates/Escrow Account | AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | | | | |
| 09/25/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 318.24 | | 4,383.74 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,384.25 |
| 10/06/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 4,543.37 |
| 10/08/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 4,702.49 |
| 10/17/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 4,861.61 |
| 10/23/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,020.73 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.50 | | 5,021.23 |
| 11/03/08 | | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,180.35 |
| 11/07/08 | | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,339.47 |
| 11/19/08 | | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,498.59 |
| 11/24/08 | | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,657.71 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.41 | | 5,658.12 |
| 12/04/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,817.24 |
| 12/08/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 5,976.36 |
| 12/30/08 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER | 1129-000 | 477.36 | | 6,453.72 |
| | | | Subtotals : | | $2,388.22 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | OF 12/20/07 | | | | |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 6,454.13 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,454.39 |
| 02/03/09 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 477.36 | | 6,931.75 |
| 02/03/09 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 318.24 | | 7,249.99 |
| 02/06/09 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #04-06056, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 5.84 | 7,244.15 |
| 02/12/09 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 7,403.27 |
| 02/17/09 | {15} | David J. Axelrod & Associates/Escrow Account | INSTALLMENT PAYMENT OF JUDGMENT AGAINST DEBTORS PER COURT ORDER OF 12/20/07 | 1129-000 | 159.12 | | 7,562.39 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 7,562.66 |
| 03/05/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($244.80 less collection fee of $85.68) | 1129-000 | 159.12 | | 7,721.78 |
| 03/05/09 | {15} | David J. Axelrod & Associates | Payment of judgment by garnishment ($244.80 less collection fee of $85.68) | 1129-000 | 159.12 | | 7,880.90 |
| 03/11/09 | {15} | David J. Axelrod & Assoc | Payment of judgment by garnishment ($244.80 less $85.68 collection fee). | 1129-000 | 159.12 | | 8,040.02 |
| 03/11/09 | | David J. Axelrod & Assoc | Payment of judgment by garnishment ($244.80 less $85.68 collection fee). | 1129-000 | 159.12 | | 8,199.14 |
| 03/11/09 | {15} | David J. Axelrod & Assoc | Payment of judgment by garnishment ($244.80 less $85.68 collection fee). | 1129-000 | 159.12 | | 8,358.26 |
| 03/23/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($244.80 less collection fee of $85.68) | 1129-000 | 159.12 | | 8,517.38 |
| 03/23/09 | | David J. Axelrod & Assoc | | 1129-000 | 159.12 | | 8,676.50 |
| 03/23/09 | | David J. Axelrod & Assoc | Reversed Deposit 100026 1 Payment of judgment by garnishment ($244.80 less $85.68 collection fee). | 1129-000 | -159.12 | | 8,517.38 |
| 03/23/09 | | David J. Axelrod and Associates | Adjustment added in error | 1129-000 | -159.12 | | 8,358.26 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,358.60 |
| 04/02/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($244.80 | 1129-000 | 159.12 | | 8,517.72 |

Subtotals: $2,069.84 $5.84

{} Asset reference(s)

Printed: 03/17/2010 11:18 AM V.11.54

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | less collection fee of $85.68) | | | | |
| 04/06/09 | | David J. Axelrod & Assoc | | 1129-000 | 159.12 | | 8,676.84 |
| 04/06/09 | | David J. Axelrod and Associates | Adjustment entered in error | 1129-000 | -159.12 | | 8,517.72 |
| 04/16/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($244.80 less collection fees of $85.68) | 1129-000 | 159.12 | | 8,676.84 |
| 04/21/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($489.60 less collection fee of $171.36) | 1129-000 | 318.24 | | 8,995.08 |
| 04/27/09 | {15} | David J. Axelrod and Assoc. | Payment of judgment by garnishment ($244.80 less collection fees of $85.68) | 1129-000 | 159.12 | | 9,154.20 |
| 04/30/09 | {15} | David J. Axelrod and Assoc. | Payment of judgment by garnishment ($244.80 less collection fee of $85.68. | 1129-000 | 159.12 | | 9,313.32 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,313.67 |
| 05/07/09 | {15} | David J. Axelrod | Payment of judgment by garnishment ($244.80 less collection fee of $85.68. | 1129-000 | 159.12 | | 9,472.79 |
| 05/14/09 | {15} | David J. Axelrod & Assoc. | Payment of judgment by garnishment ($227.84 less collection fee of $75.15). Final payment. | 1129-000 | 139.56 | | 9,612.35 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,612.72 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,613.13 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,613.53 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,613.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,614.32 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,614.71 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,615.11 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,615.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,615.88 |
| 02/25/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.34 | | 9,616.22 |
| 02/25/10 | | To Account #********6466 | FUNDS TRANSFER FOR FINAL DISTRIBUTION PER COURT ORDER DATED 02/25/2010 | 9999-000 | | 9,616.22 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,632.23 | 9,632.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,616.22 | |
| | | | Subtotal | | 9,632.23 | 16.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $9,632.23 | $16.01 | |

{} Asset reference(s)

Printed: 03/17/2010 11:18 AM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | ***-*****64-66 - Checking Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/10 | | From Account #*********6465 | FUNDS TRANSFER FOR FINAL DISTRIBUTION PER COURT ORDER DATED 02/25/2010 | 9999-000 | 9,616.22 | | 9,616.22 |
| 02/26/10 | 101 | KAREN R. GOODMAN, Trustee | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/25/2010<br>Voided on 02/26/10 | 2100-000 | | ! 1,713.11 | 7,903.11 |
| 02/26/10 | 101 | KAREN R. GOODMAN, Trustee | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/25/2010<br>Voided: check issued on 02/26/10 | 2100-000 | | ! -1,713.11 | 9,616.22 |
| 02/26/10 | 102 | KAREN R. GOODMAN, TRUSTEE | TRUSTEE COMPENSATION PER COURT ORDER DATED 02/25/2010 | 2100-000 | | 1,713.22 | 7,903.00 |
| 02/26/10 | 103 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 02/25/2010 | 3110-000 | | 3,000.00 | 4,903.00 |
| 02/26/10 | 104 | American Express Travel Related Services Co. Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 693.36 | 4,209.64 |
| 02/26/10 | 105 | American Express Centurion Bank | Ref # 3715-639262-81005; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 568.58 | 3,641.06 |
| 02/26/10 | 106 | American Express Centurion Bank | Ref # 3715-293385-31006; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 51.90 | 3,589.16 |
| 02/26/10 | 107 | Kohl's Department Store | Ref # 028-3159-614; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 619.97 | 2,969.19 |
| 02/26/10 | 108 | Discover Bank | Ref # 84130; FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 1,486.14 | 1,483.05 |
| 02/26/10 | 109 | Capital Recovery One | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 365.77 | 1,117.28 |
| 02/26/10 | 110 | Capital Recovery One | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 362.66 | 754.62 |
| 02/26/10 | 111 | Monogram Credit Card Bank of Georgia | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 360.10 | 394.52 |
| 02/26/10 | 112 | Citibank USA NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 02/25/2010 | 7100-000 | | 394.52 | 0.00 |

Subtotals :    $9,616.22    $9,616.22

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 03/17/2010 11:18 AM    V.11.54

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 04-06056 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | VANDERWALL, LISA M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VANDERWALL, JOHN C. | | Account: | ***-*****64-66 - Checking Account |
| Taxpayer ID #: | 13-7427413 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 03/17/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 9,616.22 | 9,616.22 | $0.00 |
| | | | Less: Bank Transfers | | 9,616.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 9,616.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $9,616.22 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****64-65 | 9,632.23 | 16.01 | 0.00 |
| Checking # ***-*****64-66 | 0.00 | 9,616.22 | 0.00 |
| | $9,632.23 | $9,632.23 | $0.00 |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 03/17/2010 11:18 AM   V.11.54